**HALFPENNY MANAGEMENT CO.**

v.

**SCHNELLER, J.**

521 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

Reargument Denied 7/7/2017

13–3232
(Delaware)

Affirmed

**The BANK OF NEW YORK MELLON**

v.

**BROOKS, R.**

1362 EDA 2016

Superior Court of Pennsylvania.

4/24/2017

C–48–CV–2012–2395
(Northampton)

Remanded Jurisdiction Retained

**GLEN WILLOW PROPERTIES**

v.

**INDUSTRIAL ORCHARDS LAND**

1334 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

07–05467–26–5
(Bucks)

Affirmed/Reversed

**GLEN WILLOW PROPERTIES**

v.

**INDUSTRIAL ORCHARDS**

1500 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

07–05467–26–5
(Bucks)

Affirmed/Reversed

